**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

NAOMI REICE BUCHWALD                                                      (212) 805-0194
UNITED STATES DISTRICT JUDGE

April 1, 2025

Evan Torgan
Torgan Cooper & Aaron, P.C.
17 State Street, Ste 39th Fl.
New York, NY 10004

Daniel Arthur Cohen
Deanna Paul
Milton L. Williams , Jr
Walden Macht Haran & Williams LLP
250 Vesey St, Ste 27th Fl.
New York, NY 10281

Jason Goldman
The Law Offices of Jason Goldman
275 Madison Avenue, 35th Fl.
New York, NY 10016

    **Re: Buck v. Alexander et al., 25 Civ. 2112 (NRB)**

Dear Counsel:

  The Court is in receipt of the parties' letters of March 24, 2025, see ECF No. 7, March 31, 2025, see ECF No. 9, and April 1, 2025, see ECF No. 11, regarding defendants' request for a pre-motion conference in connection with an anticipated motion to dismiss. As the parties' letters note, this Court recently issued a six-month informal stay in a similar action, see Willett v. Alexander, No. 24 Civ. 05672 (NRB) at Dkt. No. 23, given that there are at least two appeals pending before the Second Circuit that raise substantially similar legal issues to those presented by defendants here, see Parker v. Alexander, No. 24 Civ 4813 (LAK), 2025 WL 268436 (S.D.N.Y. Jan. 22, 2025); Doe v. Black, No. 23 Civ. 6418 (JGLC), 2024 WL 4335453 (S.D.N.Y. Sept. 27, 2024). As the Circuit's decision on this issue of law will be binding on this Court -- and given the parties' joint request for an informal stay -- I believe an informal stay for a period of at least six months is advisable in this case as well. During that time, the Court directs the parties to monitor the Circuit's docket and keep this Court apprised of any updates thereon.

      Very truly yours,

      Naomi Reice Buchwald
      United States District Judge